**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1163

MATTHEW J. HILGEFORD,

             Plaintiff – Appellant,

        v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA;
AMERICAN INTERNATIONAL GROUP, INCORPORATED (AIG); BANK OF
AMERICA, NA,

             Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, Chief
District Judge.  (3:08-cv-00669-JRS)

Submitted:  June 18, 2009              Decided:  June 23, 2009

Before NIEMEYER and DUNCAN, Circuit Judges.[*]

Affirmed by unpublished per curiam opinion.

Matthew J. Hilgeford, Appellant Pro Se.  Robert Barnes Delano,
Jr., SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia; Megan
Conway Rahman, TROUTMAN & SANDERS, LLP, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

    [*] The opinion is filed by a quorum of the panel pursuant to
28 U.S.C. § 46(d) (2006).

PER CURIAM:

Matthew J. Hilgeford appeals the district court's order granting Defendants' motions to dismiss his several federal and state law claims against them. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Hilgeford v. Nat'l Union Fire Ins. Co. of Pittsburgh, No. 3:08-cv-00669-JRS (E.D. Va. Feb. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED